IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA L. MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-027-DRH-DGW |
| | ) |
| AMERICAN RIVER TRANSPORTATION COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal (Doc. 28) signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**KEENAN G. CASADY, CLERK**

February 11, 2009          By: s/Robin Butler
                                Deputy Clerk

APPROVED: /s/ *David R Herndon*
**CHIEF JUDGE
U.S. DISTRICT COURT**